UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRED MEYER STORES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED FOOD AND COMMERCIAL WORKER'S UNION, LOCAL 1439,<br><br>    Defendant. | NO. CV-09-240-RHW<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, WITH LEAVE TO RENEW** |

Before the Court is Plaintiff's Motion for Preliminary Injunction (Ct. Rec. 9). A hearing on the motion was held on September 3, 2009. Plaintiff was represented by Daniel Barnhart and Devra Hermosilla. Defendant was represented by Carson Glickman-Flora and Lawrence Schwerin.

At the hearing, the parties indicated that they have reached a tentative settlement and have agreed to enter into arbitration, but asked that the Court retain jurisdiction over the case. The Court agreed, and set a telephonic status conference for **December 11, 2009.**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Preliminary Injunction (Ct. Rec. 9) is **DENIED**, with leave to renew.

2. A telephonic status conference is set for **December 11, 2009, at 9:00 a.m.** The parties are directed to contact the Court's conference line at (509) 458-

**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, WITH LEAVE TO RENEW ~ 1**

1  6380, at the designated time.  If the status conference is unnecessary, the parties
2  shall contact Michelle Fox, Courtroom Deputy, at least 10 days prior to the
3  hearing.
4      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
5  Order and forward copies to counsel.
6      **DATED** this 4th day of September, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Senior United States District Judge

Q:\CIVIL\2009\Fred Meyer Stores, Inc\deny.wpd

**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, WITH LEAVE TO RENEW ~ 2**