UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRED MEYER STORES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FOOD AND COMMERCIAL WORKER'S UNION, LOCAL 1439,<br><br>Defendant. | NO. CV-09-240-RHW<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL** |

Before the Court is Plaintiff's Unopposed Motion for Dismissal (Ct. Rec. 29). The motion was heard without oral argument.

The parties indicate that they have reached a settlement and ask that the above-captioned case be dismissed without prejudice and without costs and attorney fees to any party. The Court finds that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Unopposed Motion for Dismissal (Ct. Rec. 29) is **GRANTED**.

2. The above-captioned case is **dismissed**, without prejudice and without costs and attorneys fees to any party.

///

///

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL ~ 1**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel and **close the file**.

**DATED** this 10th day of December, 2009.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Fred Meyer Stores, Inc\grant.dismiss.wpd

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL ~ 2**